# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:07-CV-03089-MDH |
| ) | |
| STANLEY YAZZIE ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge. (Doc. 69) The Magistrate Judge recommends that Defendant's *pro se* Motion for Bi-Annual Conditional Release Discharge Hearing Pursuant to 18 U.S.C. § 247(h) [sic] (Doc. 68) be denied because Defendant's counsel did not file the motion.

Under 18 U.S.C. § 4247(h), "counsel for the person or his legal guardian may, at any time during such person's commitment, file with the court that ordered the commitment a motion for a hearing to determine whether the person should be discharged from such facility . . ." Defendant himself is not authorized under § 4247 to file a motion for a hearing.

After careful review, the Court concurs with the Magistrate Judge's legal conclusion and hereby **ADOPTS** his Report and Recommendation. The Court **DENIES** Defendant's Motion as unauthorized under 18 U.S.C. § 4247(h).

**IT IS SO ORDERED.**

DATED: May 6, 2019

                                           */s/ Douglas Harpool*
                                           **DOUGLAS HARPOOL**
                                           **UNITED STATES DISTRICT JUDGE**